| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF ARIZONA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Even Stevens Arizona, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-4617376** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**1225 E. Fort Union Blvd., Suite 200**<br>**Midvale, UT 84047**<br>Number, Street, City, State & ZIP Code<br><br>**Salt Lake**<br>County | **Mailing address, if different from principal place of business**<br><br>**2030 S. 900 E. Suite A**<br>**Salt Lake City, UT 84105**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

| Debtor | Even Stevens Arizona, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | **Even Stevens Arizona, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?***  
*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**  
*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Even Stevens Arizona, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 21, 2019**
            MM / DD / YYYY

X **/s/ Brooks Pickering**                                **Brooks Pickering**
Signature of authorized representative of debtor          Printed name

                                                          Email Address of debtor
Title  **Manager**

**18. Signature of attorney**

X **/s/ Pernell W. McGuire**                              Date **March 21, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**Pernell W. McGuire 015909**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone **(480) 733-6800**     Email address  **azbankruptcy@davismiles.com**

**015909 AZ**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Even Stevens Arizona, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **40th Street Developers** 2710 E Camelback Rd, STE 210 Phoenix, AZ 85016 | | | | | | **$90,167.34** |
| **Arizona Public Service** P.O. Box 53933 Phoenix, AZ 85072-3933 | | | | | | **$18,822.20** |
| **Davis Enterprises-Rural Road, LLC** 5727 N 7th Street Phoenix, AZ 85014 | | Rent | | | | **$22,244.35** |
| **DocuMart** 1615 W 2200 S, STE C Salt Lake City, UT 84119 | | | | | | **$26,288.13** |
| **E.N. Richmond Trust** 2929 N 44th St, STE 345 Phoenix, AZ 85018 | | | | | | **$85,479.74** |
| **Even Stevens Boise, LLC** 2030 S. 900 E, Suite A Salt Lake City, UT 84105 | | Intercompany Loan | | | | **$32,403.29** |
| **Even Stevens Sandwiches, LLC** 2030 S. 900 E, Suite A Salt Lake City, UT 84105 | | Intercompany Loan | | | | **$9,599,671.25** |

| Debtor | Even Stevens Arizona, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Even Stevens Utah, LLC**<br>2030 S. 900 E, Suite A<br>Salt Lake City, UT 84105 | | **Intercompany Loan** | | | | $683,433.58 |
| **Even Stevens Washington, LLC**<br>2030 S. 900 E, Suite A<br>Salt Lake City, UT 84105 | | **Intercompany Loan** | | | | $20,655.33 |
| **MD Heritage, LP**<br>740 North 52nd Street<br>Phoenix, AZ 85008 | | **Rent** | | | | $94,323.69 |
| **Saba Brothers Rental Company LLC**<br>c/o Bill Ryan<br>RE/MAX Infinity<br>2450 S. Arizona Ave. 1<br>Chandler, AZ 85286 | | **Rent** | | | | $11,736.74 |
| **Signs Plus**<br>2507 W. Villa Rita Dr.<br>Phoenix, AZ 85023 | | | | | | $18,738.56 |
| **Standard Restaurant Supply**<br>879 S 4400 W<br>Salt Lake City, UT 84104 | | | | | | $189,650.99 |
| **Strategic Technology**<br>1103 S. Orem Blvd.<br>Orem, UT 84058 | | | | | | $27,285.59 |
| **Swire**<br>PO Box 413121<br>Salt Lake City, UT 84141 | | | | | | $17,876.92 |
| **Sysco Food Services of Arizona**<br>611 S. 80th Ave.<br>Tolleson, AZ 85353 | | | | | | $131,222.23 |
| **The Lewis Hotel**<br>c/o Scotia Group<br>6340 N Campbell #100<br>Tucson, AZ 85718 | | | | | | $20,032.35 |

| Debtor | Even Stevens Arizona, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Travelers Insurance**<br>**Dept 96596**<br>**PO Box 660333**<br>**Dallas, TX**<br>**75266-0333** | | | | | | **$11,643.70** |
| **Tri-Zona Properties, LLC**<br>**4927 Cypress Dr.**<br>**Hillside, IL 60162** | | **Rent** | | | | **$12,247.59** |
| **USBC Venture, LLC**<br>**222 SW Columbia St, Ste 700**<br>**Portland, OR 97201** | | **Rent** | | | | **$16,518.86** |

Even Stevens Arizona, LLC -

40TH STREET DEVELOPERS  
2710 E CAMELBACK RD, STE 210  
PHOENIX AZ 85016


ARIZONA DEPARTMENT OF REVENUE  
C/O TAX, BANKRUPTCY AND COLLECTION SEC.  
2005 NORTH CENTRAL AVENUE  
PHOENIX AZ 85004-1592


ARIZONA PUBLIC SERVICE  
P.O. BOX 53933  
PHOENIX AZ 85072-3933


ASSOCIATED SHEET METAL  
P.O. BOX 26176  
SALT LAKE CITY UT 84126


AUTOMATIC DATA PROCESSING  
ONE ADP BOULEVARD  
ROSELAND NJ 07068


BAKER COMMODITIES  
P.O. BOX 6518  
PHOENIX AZ 85005


BLUE PHOENIX MECHANICAL INC  
1660 N ROSEMONT, SUITE 101  
MESA AZ 85205


BREAD BASKET  
2820 E. UNIVERSITY DR., SUITE 110  
MESA AZ 85213


BRIAN HINES  
5355 S. PEACHWOOD DRIVE  
GILBERT AZ 85298


CAT BELUE  
7537 E PARK VIEW DR  
TUCSON AZ 85715


CENTURY LINK ATTN: LEGAL DEPARTMENT  
1801 CALIFORNIA STREET  
SUITE 900  
DENVER CO 80202

Even Stevens Arizona, LLC -

CINTAS CORPORATION  
800 CINTAS BOULEVARD, PO BOX 625737  
CINCINNATI OH 45262-5737

CINTAS FIRE  
P.O. BOX 636525  
CINCINNATI OH 45263

CITY OF PHOENIX  
FINANCE DEPARTMENT  
251 W. WASHINGTON ST.  
PHOENIX AZ 85003

CITY OF SCOTTSDALE, REVENUE RECOVERY  
7447 E. INDIAN SCHOOL RD., STE. 110  
SCOTTSDALE AZ 85251

COCA COLA NORTH AMERICA  
PO BOX 102703  
ATLANTA GA 30368

COIT

COLUMBIA/YOUNG'S MARKET  
20301 59TH PLACE SOUTH  
KENT WA 98032

DALE'S VILLAGE LOCKSMITH, INC.  
4225 N. SCOTTSDALE RD.  
SCOTTSDALE AZ 85251

DAVIS ENTERPRISES- RURAL ROAD, LLC  
5727 N 7TH STREET  
PHOENIX AZ 85014

DESIGN BLUE  
947 SW BROADWAY  
PORTLAND OR 97205

DIRECTV  
BANKRUPTCY DEPARTMENT  
P.O. BOX 6550  
ENGLEWOOD CO 80155-6550

Even Stevens Arizona, LLC -

DOCUMART
1615 W 2200 S , STE C
SALT LAKE CITY UT 84119


E.N. RICHMOND TRUST
2929 N 44TH ST, STE 345
PHOENIX AZ 85018


ECOLAB, INC.
24198 NETWORK PLACE
CHICAGO IL 60673-1241


EVEN STEVENS BOISE, LLC
2030 S. 900 E, SUITE A
SALT LAKE CITY UT 84105


EVEN STEVENS COLORADO, LLC
2030 S. 900 E. SUITE A
SALT LAKE CITY UT 84105


EVEN STEVENS SANDWICHES, LLC
2030 S. 900 E, SUITE A
SALT LAKE CITY UT 84105


EVEN STEVENS TEXAS, LLC
2030 S. 900 E. SUITE A
SALT LAKE CITY UT 84105


EVEN STEVENS UTAH, LLC
2030 S. 900 E, SUITE A
SALT LAKE CITY UT 84105


EVEN STEVENS WASHINGTON, LLC
2030 S. 900 E, SUITE A
SALT LAKE CITY UT 84105


FORREST ANDERSON PLUMBING
17225 N. 63RD AVENUE
GLENDALE AZ 85308-3715


GP- GENERAL PARTS GROUP
PO BOX 9201, MI10
MINNEAPOLIS MN 55480-9201

Even Stevens Arizona, LLC -

GRIFFCO PARTNERS
2800 S 400 W
SALT LAKE CITY UT 84115

HANDY HERO SERVCIES
1930 W DURANGO ST., E
PHOENIX AZ 85009

HENSLEY
4201 N. 45TH AVE
PHOENIX AZ 85031

INTERNAL REVENUE SERVICE
BANKRUPTCY AND COLLECTION ENFORCEMENT
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

JONATHAN CAMP

LAMAR TEXAS LIMITED PARTNERSHIP
P O BOX 96030
BATON ROUGE LA 70896

MAJESTIC HOOD CLEANING
1930 W DURANGO ST, STE F
PHOENIX AZ 85009

MAUFRAE INC., DBA A CLEANER VIEW
P.O. BOX 5793
MESA AZ 85211

MD HERITAGE, LP
740 NORTH 52ND STREET
PHOENIX AZ 85008

METRO FIRE EQUIPMENT
63 S. HAMILTON PLACE
GILBERT AZ 85233

PEIXOTO COFFEE
120 E COMSTOCK
CHANDLER AZ 85225

Even Stevens Arizona, LLC -

PEORIA CHAMBER OF COMMERCE
16955 N. 75TH AVENUE, SUITE 105
PEORIA AZ 85382


PHOTOS BY NOAH GLYNN
10151 E. ISLETA AVE
MESA AZ 85209


PIMA COUNTY HEALTH DEPARTMENT
3950 S COUNTRY CLUB ROAD, SUITE 2301
TUCSON AZ 85714


SABA BROTHERS RENTAL COMPANY LLC
C/O BILL RYAN RE/MAX INFINITY
2450 S. ARIZONA AVE. 1
CHANDLER AZ 85286


SALT RIVER PROJECT
P.O. BOX 2950
PHOENIX AZ 85062


SCOTTSDALE ARTS
7380 E 2ND ST.
SCOTTSDALE AZ 85251


SIGNS PLUS
2507 W. VILLA RITA DR.
PHOENIX AZ 85023


SOUTHWEST GAS CORPORATION
P.O. BOX 98890
LAS VEGAS NV 89150-0101


SPECTRUM ENGINEERS
1501 FOUNTAIN HEAD PKWY
SUITE 300
TEMPE AZ 85282


SPORTS MEDIA
1101 W. 34TH ST., #212
AUSTIN TX 78705


STANDARD RESTAURANT SUPPLY
879 S 4400 W
SALT LAKE CITY UT 84104

Even Stevens Arizona, LLC -

STRATEGIC TECHNOLOGY
1103 S. OREM BLVD.
OREM UT 84058


SWIRE
PO BOX 413121
SALT LAKE CITY UT 84141


SYSCO FOOD SERVICES OF ARIZONA
611 S. 80TH AVE.
TOLLESON AZ 85353


TECH 24- COMMERCIAL FOODSERVICE REPAIR
C/O FIFTH THIRD BANK
P.O. BOX 638959
CINCINNATI OH 45263-8959


THE BERNSTEIN GROUP INC.
PO BOX 15755
SCOTTSDALE AZ 85267


THE LEWIS HOTEL
C/O SCOTIA GROUP
6340 N CAMPBELL #100
TUCSON AZ 85718


TRAVELERS INSURANCE
DEPT 96596
PO BOX 660333
DALLAS TX 75266-0333


TRI-ZONA PROPERTIES, LLC
4927 CYPRESS DR.
HILLSIDE IL 60162


TRIARC ARCHITECTURE & DESIGN
1934 E CAMELBACK RD, SUITE 200
PHOENIX AZ 85016


TUCSON ELECTRIC POWER
P.O. BOX 80077
PRESCOTT AZ 86304

Even Stevens Arizona, LLC -

TUCSON EXPEDITING AND DEVELOPMENT LLC
2030 E SPEEDWAY BLVD, #110
TUCSON AZ 85719

TUCSON METRO CHAMBER
P.O. BOX 991
TUCSON AZ 85702

U-HAUL STORAGE OF TEMPE TOWN LAKE
500 N. SCOTTSDALE RD
TEMPE AZ 85281

USBC VENTURE, LLC
222 SW COLUMBIA ST, STE 700
PORTLAND OR 97201

WASTE MANAGEMENT
P.O. BOX 78251
PHOENIX AZ 85062

WCE- WINDY CITY EQUIPMENT, INC.
278 S HAMILTON PLACE
GILBERT AZ 85233

YOUNG'S MARKET COMPANY OF AZ
402 S 54TH PLACE
PHOENIX AZ 85034

In re   **Even Stevens Arizona, LLC**            Case No.
                                                    Debtor(s)         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Even Stevens Arizona, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Even Stevens Sandwiches, LLC**
**2030 S. 900 E. Suite A**
**Salt Lake City, UT 84105**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 21, 2019** | **/s/ Pernell W. McGuire** |
| Date | **Pernell W. McGuire 015909** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Even Stevens Arizona, LLC** |
| | **Davis Miles McGuire Gardner, PLLC** |
| | **40 E. Rio Salado Parkway, Suite 425** |
| | **Tempe, AZ 85281** |
| | **(480) 733-6800 Fax:(480) 733-3748** |
| | **azbankruptcy@davismiles.com** |