## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

EVEN STEVENS ARIZONA,
LLC,

                                    Debtor(s)

Chapter 11

Case No.: 2:19-bk-03235-DPC

(Jointly Administered)

This filing applies to:

x   All Debtors

___ Specified Debtors

**PRO HAC VICE APPLICATION**

Applicant, Daniel J. Vecchio, hereby applies for leave to appear and participate in this action.

I am a member in good standing of the Bar of the United States District Court for the Western District of Washington, and the Supreme Court of the State of Washington; I have been retained by UNIVERSITY VILLAGE LIMITED PARTNERSHIP to appear in this court in this action; I am not a member of the Bar of the United States District Court, District of Arizona.

I declare under penalty of perjury that I: (1) do not reside in Arizona; (2) am not regularly employed in Arizona; and (3) am not regularly engaged in the practice of law in Arizona.

I further declare under penalty of perjury that, within one year proceeding this application, I have filed the following Application(s) for Limited Admission or Pro Hac Vice Application(s) with this court.

| CASE NAME | CASE NUMBER | DATE APPLICATION FILED | GRANTED/DENIED |
|-----------|-------------|------------------------|----------------|

N/A

I hereby designate __SUSAN FREEMAN__, a member of the bar of this court who maintains an office in this district and who has consented to this designation, as co-counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

Dated: __4/11/19__                    _____
                                       Signature of Attorney

DANIEL J. VECCHIO
Name of Attorney

1191 2ND AVENUE, 18TH FL.
Address

SEATTLE              WA        98107
City                 State     Zip

206-464-3939
Telephone Number

DVECCHIO @ GSBLAW.com
Email Address

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

Dated: 4/12/19

_____ for
Signature of Attorney

SUSAN M. FREEMAN

201 E. Washington Street, Suite 1200
Phoenix, AZ 85004-2595

(602) 262-5756
Telephone Number

sfreeman@lrrc.com
Email Address

NOTE: There is no fee required for the filing or granting of this application.