**BARBARA LAWALL**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Kathryn Ore, SBN 034281
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
Kathryn.Ore@pcao.pima.gov
pcaocvbk@pcao.pima.gov
*Attorneys for Creditor Pima County*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br> EVEN STEVENS SANDWICHES, LLC, <br> Debtor. | CHAPTER 11 <br> No. 2:19-bk-03235-DPC <br> **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Kathryn Ore, Deputy Pima County Attorney, gives notice of appearance as counsel of record for Pima County in the above-captioned matter and further requests that all notices, motions, briefs, pleadings, orders, and other papers be served at the following address:

>Kathryn Ore
>Pima County Attorney's Office, Civil Division
>32 North Stone Avenue, Suite 2100
>Tucson, Arizona 85701
>Kathryn.Ore@pcao.pima.gov
>pcaocvbk@pcao.pima.gov

///

///

RESPECTFULLY SUBMITTED May 1, 2019.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By */s/ Kathryn Ore*
Kathryn Ore
Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

M. Preston Gardner
Pernell W. McGuire
Aubrey Laine Thomas
DAVIS MILES MCGUIRE GARDNER, PLLC
pgardner@davismiles.com
pmcguire@davismiles.com
athomas@davismiles.com
*Attorneys for Debtor*

Jennifer A. Giaimo
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., #204
Phoenix, AZ 85003-1706
Jennifer.A.Giaimo@usdoj.gov
*U.S. Trustee*

By: */s/ Destiny Duda-Phillips*