IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re: ) Chapter 11

**Even Stevens Arizona, LLC,**

) Case No.   2:19-bk-03235-DPC

) MINUTE SHEET FOR THE SECTION 341(a) MEETING

Debtor(s).  ) Date:   April 23, 2019
) Time:   10:30 a.m.

Debtor Present:   ( ) YES  ( ) NO   PRESIDING OFFICER:  Jennifer Giaimo

Debtor's Address: _____

APPEARANCE BY ATTORNEY FOR DEBTOR(S):   Pernell W. McGuire ✓         ___ Yes  ___ No

_Brooks Pickering_ _____ PRESENT ON BEHALF OF DEBTOR(S)

DEBTOR(S) SWORN AND EXAMINED?   (✓) Yes  ( ) No

APPEARANCES:

| | Name | REPRESENT |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RELATED CASES: _____

Schedules Filed?   ( ) Yes  ( ) No   IF NO, HAS ORDER BEEN ENTERED EXTENDING TIME?   Yes ( )  No ( )

IF NO, WHY HAVE SCHEDULES NOT BEEN FILED? _____

WHEN WILL SCHEDULES BE FILED? _____

(✓)   Concluded     ( )  Continued to:   _____
                                              *Date*

                                              _____
                                              *Time*

                                              _____
                                              *Location*

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules