**Davis Miles McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Case No.: 2:19-bk-03235-DPC |
|---|---|
| EVEN STEVENS ARIZONA, LLC, *et al.* | Chapter 11 |
| Debtors. | (Jointly Administered) |
| This filing applies to:<br>☒ All Debtors<br>☐ Specified Debtors | **NOTICE OF REVISED BAR DATE FOR FILING PROOFS OF CLAIMS** |

NOTICE IS HEREBY GIVEN that the Court has entered an amended order in the cases of Even Stevens Sandwiches, LLC, Even Stevens Arizona, LLC, Even Stevens Utah, LLC, Even Stevens Idaho, LLC, and Even Stevens Washington, LLC providing as follows:

1. Pursuant to Rule 3003(c)(3), Rules of Bankruptcy Procedure, **June 28, 2019 is established as the deadline ("Bar Date")** for any and all individuals or entities asserting claims against the bankruptcy estates to file a Proof of Claim for: (a) claims not listed in the Schedules of Assets and Liabilities (the "Schedules"), as the same may be amended from time to time; (b) claims

1

that are listed in the Schedules as disputed, contingent or unliquidated; (c) claims that differ in any respect from those listed in the Schedules (including, without limitation, the assertion of any right to a setoff under Code Section 553 or otherwise).

2. Any claimant who fails to timely file and serve a Proof of Claim, if required to do so by the terms of the order, shall be forever barred from voting on any proposed plan of reorganization, receiving a distribution from the estates, or otherwise participating in the Chapter 11 cases. Nonetheless, the holder of any such unfiled claim shall be bound by the terms of any confirmed plan of reorganization.

3. All Proofs of Claim must be received by the Clerk of the United States Bankruptcy Court for the District of Arizona on or before the Bar Date. Such claims may be mailed or delivered to the Clerk at one of the following addresses:

| Clerk, United States Bankruptcy Court<br>P.O. Box 34151<br>Phoenix, AZ 85067<br>(mailing address) | or | Clerk, United States Bankruptcy Court<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-1706<br>(street address) |
|---|---|---|

4. Creditors are advised not to send copies of their proofs of claim to the Debtors or counsel for the Debtors.

5. Claimants must file proofs of claim regarding each applicable Debtor in its respective bankruptcy case, not in the consolidated case, pursuant to Local Rule 1015-1(c), as follows:

- Even Stevens Arizona, LLC – 2:19-bk-03235
- Even Stevens Sandwiches, LLC – 2:19-bk-03236
- Even Stevens Utah, LLC – 2:19-bk-03237
- Even Stevens Idaho, LLC – 2:19-bk-03239

2

- Even Stevens Washington, LLC – 2:19-bk-03426

6. If you have already filed a Proof of Claim, it is not necessary to file another one in response to this notice.

**IT IS THE RESPONSIBILITY OF EACH CREDITOR TO REVIEW THE SCHEDULES, WHICH ARE ON FILE WITH THE CLERK OF THE BANKRUPTCY COURT AT THE ADDRESS SET FORTH ABOVE, TO DETERMINE WHETHER AND HOW ITS CLAIM IS SCHEDULED.**

DATED this 6th day of May, 2019.

                                     **DAVIS MILES MCGUIRE GARDNER, PLLC**

                                     */s/ M. Preston Gardner*
                                     Pernell W. McGuire
                                     M. Preston Gardner
                                     *Attorneys for Debtors*

I certify that on May 6, 2019, I electronically filed the foregoing **NOTICE OF REVISED BAR DATE FOR FILING PROOFS OF CLAIMS** with the Clerk of the Court for the United States Bankruptcy Court by using the CM/ECF system.

I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I further certify that some of the parties of record in this case have not consented to electronic service. I have caused a copy of the foregoing document to be placed in the U.S. Mail, First Class, postage-prepaid to:

    All creditors and interested parties in the Jointly Administered cases

By:   */s/ Marykay Lipari*
      Marykay Lipari